Argued July 23, affirmed July 23, petition for rehearing denied August 24, petition for review denied October 5, 1971

STATE OF OREGON, *Respondent, v.*
GARY LOWELL DAHL, *Appellant.*

487 P2d 107

*J. Marvin Kuhn,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*Al J. Laue,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and Jacob B. Tanzer, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and FORT, Judges.

AFFIRMED FROM THE BENCH.